IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 8 2010

GREGORY C. LANG…

Civil Action No. 10-cv-00667-BNB

MICHAEL MATNEY,

    Applicant,

v.

THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondent.

## ORDER OF DISMISSAL

Plaintiff, Michael Matney, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Buena Vista Correctional Complex-Main & Boot Camp in Buena Vista, Colorado. On March 22, 2010, Magistrate Judge Boyd N. Boland entered an order instructing Mr. Matney to cure the deficiencies in the pleadings he had submitted to the Court. Specifically, Magistrate Judge Boland instructed Mr. Matney to submit a current Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 Court-approved form that is used in filing habeas actions and to provide a certificate by an appropriate officer of the institution where he is confined showing the current balance in his prison account. Magistrate Judge Boland also instructed Mr. Matney to submit his claims on a current Court-approved form used in filing 28 U.S.C. § 2254 actions in this Court. Mr. Matney was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Matney has failed to communicate with the Court and, as a result, he has failed to cure the deficiencies within the time allowed. The action, however, will be dismissed without prejudice. Mr. Matney, therefore, may proceed with his claims, if he

desires, by filing a new action. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to cure all deficiencies.

DATED at Denver, Colorado, this 27th day of April, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00667-BNB

Micheal Matney
Prisoner No. 116866
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/28/10

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk